IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3087 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DUSTIN KROGMAN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion to advance sentencing (filing 22) is granted.

(2) Defendant Krogman's sentencing has been rescheduled before the undersigned United States district judge to Friday, December 22, 2006, at 11:30 a.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

December 12, 2006.            BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge