IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:98CR3047 & 4:06CR3087 |
| | ) | |
| v. | ) | |
| | ) | |
| DUSTIN N. KROGMAN, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

By e-mail, Jan Lipovsky, an Assistant United States Attorney, has advised me that the government has no objection to the court releasing $500 to the proper parties as requested in filing 33 in Case 4:06CR3087 and filing 86 in 4:98CR3047. In a letter, Dustin N. Krogman has advised me that he has no objection to the money being released to his father, Doug Krogman. Therefore,

IT IS ORDERED that the defendant's motions (filings 33 & 86) are granted as provided herein and otherwise denied. The Clerk shall remit to Doug Krogman, PO Box 42, Panama, Nebraska, 68419, the sum of $500. A copy of this memorandum and order shall be sent to the defendant, the defendant's father and counsel for the government.

DATED this 21st day of April, 2008.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge